DURHAM JONES & PINEGAR
R. Stephen Marshall (2097)
David L. Arrington (4267)
Attorneys for plaintiff
111 East Broadway, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 415-3000

FILED
CLERK, U.S. DISTRICT COURT
10 APR 00 AM 10: 46
DISTRICT OF UTAH
BY:_____
    DEPUTY CLERK

U.S. DISTRICT COURT
APR -7 2000
RECEIVED CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| USANA, INC., a Utah corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>LINDA LIU, an individual, and USANA GROUP, INC., a California corporation,<br><br>           Defendants. | [~~PROPOSED~~] **DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST LINDA LIU**<br><br>Civil No. 2:99CV 827 K<br><br>Hon. Dale A. Kimball |

IN THIS ACTION, defendant Linda Liu was regularly served with Summons and Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure and this Court's Order of December 29, 1999. Linda Liu has failed to answer or otherwise respond to plaintiff's Complaint and the time allowed by law for answering or responding to plaintiff's Complaint has expired. For these reasons, the Clerk of the Court has entered a Default Certificate against Linda Liu in accordance with Rule 55 of the Federal Rules of Civil Procedure and according to law.

In light of the foregoing, default judgment against Linda Liu is hereby entered in accordance with Rule 55(b)(2) of the Rules of Civil Procedure. Judgment is entered in favor of plaintiff and against defendant Linda Liu as follows:



Entered on d_____
4/11/00
Deputy Clerk

1

1. For judgment and decree of this Court permanently enjoining Linda Liu, her agents, employees, and all others acting in concert with her or any of them, from:

   (a) Using in any manner the designation, "USANA," or any words or combination of words or letters similar thereto, in the advertising, marketing, or sale of Linda Liu's or USANA Group, Inc.'s products;

   (b) Using in any manner any trademark, service mark, trade name, words, abbreviations, designs, arrangements, or other combinations thereof that would imitate, resemble, or suggest plaintiff's mark "USANA," or its trade name "USANA";

   (c) Otherwise infringing plaintiff's mark "USANA," or its trade name "USANA";

   (d) filing or registering the mark "USANA", or maintaining any filing or registration that includes the mark "USANA", with any state, federal or other governmental office or department, including the California Secretary of State; and

   (e) Unfairly competing with plaintiff, diluting the distinctiveness of plaintiff's trade name and mark or otherwise injuring plaintiff's business reputation in any manner.

2. For an amount equal to three times the actual damages incurred by plaintiff as a result of defendants' unlawful and wrongful conduct, in an amount to be proved by plaintiff at an evidentiary hearing to be held at a future date in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure;

3. For an accounting by Linda Liu and USANA Group, Inc. of profits attributable to their unlawful and wrongful conduct, and for a judgment against Linda Liu in such amount, together with interest thereon as provided by law;

4. For plaintiff's costs and a reasonable attorneys' fee;

5.    For such additional relief as the Court deems fair and just.

Dated this 10th day of April, 2000.

                  BY THE COURT:

                  */s/ Dale A. Kimball*

                  The Honorable Dale A. Kimball
                  Judge of the United States District Court, District of Utah

S:\DWT\USANA, Inc._USANA Group\pleadings\default judgment\default judgment 1. liu.wpd

alf

United States District Court
for the
District of Utah
April 11, 2000

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:99-cv-00827

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Linda Liu
    1400 FIFTH AVE
    #201
    SAN DIEGO, CA   92101

    Stephen Marshall, Esq.
    DURHAM JONES & PINEGAR
    111 E BROADWAY STE 900
    SALT LAKE CITY, UT   84111
    JFAX 9,4153500